RECEIVED
IN ALEXANDRIA, LA.

MAR – 7 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

BARRY AND DEBRA NAVIAUX          DOCKET NO.: 12-2189

VERSUS

UNITECH TRAINING ACADEMY          JUDGE JAMES T. TRIMBLE, JR.
                                 MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand (Doc. 10) is **GRANTED** and the entire action is **REMANDED** to the Ninth Judicial District Court, Rapides Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that the motion to dismiss (Doc. 11) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _7th_ day of _March_, 2013.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE